**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| NATALIE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CHENMED, LLC,<br><br>Defendant. | CIVIL ACTION NO.: 4:25-cv-315 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by Plaintiff (who is proceeding *pro se*) and counsel for Defendant, stipulating to the dismissal of this case with prejudice, with each party to bear its own costs and attorney's fees. (Doc. 40.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 29th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA